IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-11-00014-CV

 

Vernon E. Hancock and 

Dawna R. Hancock, Nathan P. Philipello

and Shari K. Philipello,

                                                                                    Appellants

 v.

 

Brett G. Taylor, The Bill W. Clements

and Velma F. Clements Revocable 

Living Trust, Billy R. Clements, 

and Larry B. Clements,

                                                                                    Appellees

 

 

 



From the 82nd District
Court

Robertson County, Texas

Trial Court No. 08-01-18,007-CV-A

 



ORDER



 

Vernon E. Hancock and Dawna R. Hancock,
two of the appellants, have filed a motion to dismiss their appeal, stating
that they have settled with the appellees and no longer desire to pursue this
appeal.  See Tex. R. App. P. 42.1(a)(1).

Dismissal of the Hancocks’ appeal would
not prevent a party from seeking relief to which it would otherwise be
entitled.  The motion is granted, and the Hancocks’ appeal is dismissed.  This appeal otherwise remains
pending.

 

PER
CURIAM

Before
Chief Justice Gray,

        Justice
Davis, and

        Justice
Scoggins

Motion
to dismiss granted 

Order
issued and filed August 31, 2011

Do
not publish